# Exhibit 2

Dear U.S. District Court,

I am writing to let you know how I met Russel R. Vane IV and my opinion of him as a person. I first met Russel while we were both graduate students at Texas A&M in 2003. We took the same classes and with offices situated next to each other, we became friends. Russel struck me as a very sociable individual, always eager to learn new skills. One thing that always stood out about him was his love for the United States and I believe this is the reason behind his decision to join the Marines.

After our time in graduate school, we lost touch for a while. However, we met again in Virginia where we rekindled our friendship. I even had the pleasure of spending a few days with his family in Florida on a couple of occasions. I have gotten to know his wife and kids, and in some instances, we have even taken one of his children along to watch some soccer matches with us.

I consider him a good friend. He is a loving father, and I truly believe that his love for his family will help him to honor the conditions of this release.

Best regards,


Jose Montes

Shannon Hampel

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

April 13, 2024

To: The Honorable Judge William B. Porter

My name is Shannon, and I am writing this letter on behalf of Russell Vane aka Duke. We have been in a relationship for two in a half years and are currently married. Since being with Duke, I have never seen him commit any crimes and he has never been arrested. He is a devoted husband and a family man. He is always stepping up to be there for his family and friends. He offered to be a sponsor for his friend to help get him back on his feet and work with his parole officer. I have some disabilities that he has never judged me for but instead he helps me, including with reading and writing. Before me and Duke got together, I was in a relationship for nine years with someone who took their own life, and he has been helping me heal from that emotional damage. He helps his parents with taking care of their properties, and is an active member of church. He is a very active person with a great sense of humor who loves to tell quirky jokes. Duke is an honorary discharged marine and served for eight years.

I am asking that you please allow him to come home during the trial process because we have two young children that really need their dad and I really need his help. ▮▮▮ is a two-year-old and ▮▮▮ is a five-month-old preemie. It is hard to take care of them and handle the stress of the trial. I am already having issues with my milk supply and may need to switch to formula because of all the stress. It would be very helpful to have him at home. He also has two older children that he shares 50/50 custody who as well need their dad. He is a very active father who devotes his time to his children. They play games together, ride bikes together, he helps them with their homework, he reads stories to the younger kids, teaches our daughter with flash cards which she calls flashies, she has learned so much from her dad. All of my family lives in WI and I do not have anyone else here to help me. Having him home will help financially as well because he can watch the children while I am at work. Now that I am the only one working, I cannot afford daycare on top of a mortgage, electricity bills, and groceries.

I ask that you take this letter into consideration, especially for the kids' sake. I believe Duke will follow every guideline given to him and will not do anything illegal if given the chance to come home. I want to say thank you as well as I appreciate you taking the time to read this letter.

Sincerely,

Shannon Hampel

April 14, 2024

TO: The U.S. District Court

REF: Russell Vane IV

To Whom It May Concern:

I have known Russell Vane IV for over 30 years and personally know him as Duke. I know Duke through his mother Linda Vane as she was our Realtor and my mentor and boss for over 15 years and someone who I consider family. I have witnessed him growing up as a smart and responsible person.

Duke has always been respectful and kind towards me. I have never known him to get into trouble. Despite that my last interaction with Duke was in 2016, I know with the support and guidance of his family, he will abide by the conditions of his release.

Thank you


Jacklyn A. Esguerra



401 Courthouse Square

Alexandria, 22314

Virginia

Dear Honorable Judge,

I am writing this letter for my dear friend Russell Vane, who has been arrested for speculation of a federal crime. I have known Rusell for the last 3 years doing HVAC work for him. I have always known him as a nice, kind, and very sociable person. He always made me feel comfortable in his home and respected me and my professional HVAC opinion.

I would like to vouch for his good behavior in the case that he has been accused of. His family has severely suffered due to his recent incarceration. I legitimately affirm that he has been wrongfully accused of a crime that he did not commit. Russell has shown to be nothing but upright and principled as a person.

I would like you to consider this character letter before passing any judgements.

Thank you.

Yours sincerely,

Javoughn L Estep

To whom it may concern:

Ref:  Outstanding character of Russell R. Vane IV

Our relationship:

As his mother, I have known Russell since birth.  He was born as a little guy, just over 6 lbs, due to my late pregnancy toxemia.  Nevertheless, he came into the world with a strong spirited cry.  He has always been protective of others.  As a 3-4 year old, he would "protect" the girls from other young boys' taunts at his pre-school.  He was diagnosed at an early age with some developmental delays, likely caused by my late-term toxemia.  Yet, he overcame this handicap to graduate with honors from college and was awarded a full scholarship for his Master's Degree.  He has matured into a loving son, father, husband, and friend to many. He often reaches out to help others less fortunate.

As his mother, we don't always see eye-to eye.  Nevertheless, we love each other, and can have different opinions and still respect each other.  I trust him to do what is right.

After graduate school, Russell joined the Marines.  If threatened, he would protect me, his family, and others, even if it could be dangerous to him.

My evaluation of his character:

    Russell is honest, trustworthy, and sincere.  I have trusted him to successfully manage my financial retirement accounts with little oversight from me.  He also takes care of the management of my rental properties. By him assuming these day-to-day rental management responsibilities, allows me to care for my 92-year old mother in Florida.

My evaluation of his abiding by the conditions of the release:

    I am confident that Russell will follow all instructions associated with his release.  Being with and helping his family are very important to him.


Sincerely,

*Linda Vane*

Linda Joy Vane

(currently on travel in the Pacific on the Celebrity Solstice)  April 14, 2024.

To whom it may concern regarding Russell R.Vane IV;

Regarding the strength of our relationship:

    I am his father.
    We share a belief in Jesus as our Savior. So he is also a brother in Christ.
    I value his analyses of current events.
    He would protect me if I was attacked, even if he was imperiled. And I him.

My evaluation of his character:

    I trust him. I have trusted him to manage my retirement accounts and to care for family owned rental properties in Virginia for more than five years. I have never found an irregularity in his accounting. This allows me to care for my 92 year old mother in Maryland and share in the care of my 92 year old mother-in-law in Florida.
    He is the father of four children, a husband, an honorably discharged US Marine non-commissioned officer, and has held special compartment information clearances in the US government.
    I highly value his capability to reason with information.

My evaluation of his abiding by the conditions of the release:

    I am completely sure that he will follow the strictures of his release assiduously.


Sincerely,

*Russell R Vane III*

Russell R.Vane III


                                                   y Solstice)  April 13, 2024.

Julie M. Yowell

14 April 2024

Dear Clerk of Court:

My relationship with Russell Vane has been prominent in my life for the past decade. We were married for a number of those years and continue to share a strong love and friendship. I know Russell to be devoted to his children, steadfast in his love and care of his grandmother, a close work aide to his mother, and a caring man who saw me through a cancer struggle and recovery. He has a wonderful life full of family, faith and friends. He is brilliant at his job. He has everything in the world he could want in his life. I cannot imagine he would ever do anything to jeopardize any of his blessings. I believe it is crucial for him to be home for his young family. It is my earnest hope you will consider these attributes.

Respectfully,

*Julie M. Yowell*

Julie M. Yowell